IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV80

| | |
|---|---|
| IN RE: )<br>    OTTO CLAUDE and LINDA C. )<br>    SMITH, )<br>)<br>                  Debtors. )<br>_____)<br>OTTO CLAUDE SMITH and LINDA C. )<br>SMITH, )<br>)<br>                Appellants, )<br>)<br>           Vs. )<br>)<br>CROWFIELDS CONDOMINIUM )<br>ASSOCIATION, )<br>)<br>              Appellee. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Appellants' motion for reconsideration of the Order of Dismissal entered herein on May 10, 2005.

For the reasons stated in the Appellee's response to the motion for reconsideration,

**IT IS, THEREFORE, ORDERED** that the Appellants' motion for reconsideration is **DENIED**, and the Court's Order of Dismissal is hereby sustained.

**Signed: June 20, 2005**

Lacy H. Thornburg
United States District Judge